In the Matter of HILLARY BEST, Appellant, v THOMAS A. COUGHLIN, as Commissioner of Department of Correctional Services, et al., Respondents. [595 NYS2d 355] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS MATOS, Appellant. [595 NYS2d 356] —Judgment unanimously affirmed. Memorandum: The record does not reflect that defendant made a voluntary, knowing and intelligent waiver of his right to appeal *(compare, People v Moissett,* 76 NY2d 909; *People v Seaberg,* 74 NY2d 1, 11). Upon our review of the issue whether the sentence imposed was harsh and excessive, we conclude that it lacks merit. (Appeal from Judgment of Supreme Court, Monroe County, Bergin, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BRZEZNIAK, Appellant. [595 NYS2d 356] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Niagara County Court, DiFlorio, J.—Criminal Possession Stolen Property, 3rd Degree.) Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ.